Motion Granted; Dismissed and Memorandum Opinion filed
August 23, 2011.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-11-00551-CR

NO. 14-11-00552-CR

____________

 

LAHUN BEAL, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 184th District Court

Harris County, Texas

Trial Court Cause Nos. 1309046 &
1309047

 



 

MEMORANDUM
OPINION

Written requests to withdraw the notices of appeal,
personally signed by appellant, have been filed with this court.  See Tex.
R. App. P. 42.2.  Because this court has not delivered an opinion, we grant
appellant’s request.

Accordingly, we order the appeals dismissed.  We direct the
clerk of the court to issue the mandates of the court immediately.

 

PER CURIAM

Panel consists of Justices
Frost, Seymore, and Jamison.

Do Not Publish — Tex. R. App.
P. 47.2(b).